UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM COSTANZA<br><br>　　　　Plaintiff<br><br>v.<br><br>BREAKING NEWS NETWORK, INC.<br><br>　　　　Defendant. | Case No. 1:18-cv-10317-JMF<br><br><br>December 12, 2018 |

**OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68(a), Defendant Breaking News Network, Inc. ("BNN") hereby offers to allow a final judgment to be entered against it and in favor of Plaintiff Sam Costanza ("Plaintiff"), as follows:

1. The payment of Five Thousand Dollars and Zero Cents ($5,000.00) to Plaintiff, inclusive of attorneys' fees and costs so that the sum offered is the total amount to be paid by Breaking News Network, Inc. pursuant to any such judgment, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff; and

2. The entry of a judgment stating that Breaking News Network, Inc. does not admit liability, and that judgment on these terms does not establish or imply the fact of liability.

To accept this offer, Plaintiff must serve written notice of acceptance hereof within fourteen (14) days of the date this offer is made. If, after fourteen (14) days, Plaintiff does not accept this offer, it shall be deemed withdrawn.

If Plaintiff does not accept this offer, Plaintiff may become obligated to pay Breaking News Network, Inc.'s costs incurred after the making of this offer.

This offer of judgment is made for the purposes specified in Rule 68, and should not be construed, as an admission of liability by Breaking News Network, Inc., or that Plaintiff has

suffered any damage.  This offer shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: December 12, 2018   **ACCEPTED AND AGREED**

                                                _____
                                                Jesse Rose
                                                The Rose Law Group, PLLC
                                                31-09 Newtown Avenue, Suite 309
                                                Astoria, New York 11102
                                                JRose@TheRoseLawGroup.com
                                                Tel:    (718) 989-1864
                                                Fax:    (917) 831-4595
                                                jrose@theroselawgroup.com

                                                *Attorneys for Sam Costanza*

Dated: December 12, 2018   Respectfully submitted,

                                                /s/ Richard B. Newman
                                                Richard B. Newman
                                                Hinch Newman LLP
                                                40 Wall Street, 35th Floor
                                                New York, NY 10005
                                                Tel:    (212) 756-8777
                                                Fax:    (866) 449-4897
                                                rnewman@hinchnewman.com

                                                *Attorneys for Breaking News Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, a copy of the foregoing Offer of Judgment was served by electronic mail on the following:

Jesse Rose
The Rose Law Group, PLLC
31-09 Newtown Avenue, Suite 309
Astoria, New York 11102

*/s/ Richard B. Newman*
Richard B. Newman